UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HAMMOUDEH, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2589 DB P<br><br><br>ORDER |

Plaintiff has requested a third extension of time to file an amended complaint pursuant to the court's order of January 21, 2020.  Good cause appearing, this request will be granted.  However, no further extension of time will be granted.  IT IS HEREBY ORDERED that:

　　　1. Plaintiff's request for an extension of time (ECF No. 16) is granted; and

　　　2. Plaintiff is granted ninety days from the date of this order in which to file an amended complaint.  No further extension of time will be granted for this purpose.

Dated:  May 7, 2020

DLB:9/DB/prisoner-civil rights/tayl2589.36amc.third

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE