UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>S. HAMMOUDEH, et al.,<br><br>    Defendants. | No.  2:19-cv-02589-TLN-DB<br><br>**ORDER** |

    Plaintiff Kenneth Lee Taylor ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 2, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 30 days.  (ECF No. 22.)  On October 8, 2020, Plaintiff filed Objections to the Findings and Recommendations.  (ECF No. 23.)

    This Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and

1 decides the motions on the applicable law.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 2, 2020 (ECF No. 22), are adopted in full;

2. Plaintiff's claims against Defendants Hammoudeh, Romero, Eldridge, and Liu are DISMISSED without leave to amend; and

3. The Clerk of the Court is directed to transfer this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

DATED: October 21, 2020

Troy L. Nunley
United States District Judge